UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80993-WPD

TIMOTHY O'BRYAN

    Plaintiff,

vs.

JOE TAYLOR RESTORATION, INC., a Florida
Corporation, AARON GETTY, individually,
KAREN RADEWICZ, individually, and
GLENDA GALARZA, individually,

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION FOR SANCTIONS PURSUANT TO RULE 11

**THIS CAUSE** is before the Court on Defendants', Joe Taylor Restoration, Inc., Aaron Getty, Karen Radewicz, and Glenda Galarza, motion for sanctions pursuant to Rule 11, and the Court having reviewed the motion and the file in this cause, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendants' motion for sanctions pursuant to Rule 11 is **GRANTED**. _____
_____.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this _____ day of _____, 2020.

                                                                      **WILLIAM P. DIMITROULEAS**
                                                                      **UNITED STATES DISTRICT JUDGE**

**Copies to: Counsel of Record**