UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-80993-DIMITROULEAS

TIMOTHY O'BRYAN,

    Plaintiff,

vs.

JOE TAYLOR RESTORATION, INC., a Florida
Corporation, AARON GETTY, individually,
KAREN RADEWICZ, individually, and
GLENDA GALARZA, individually,

    Defendants.
_____/

## FINAL JUDGMENT

THIS CAUSE is before the Court upon the conclusion of the trial in this matter and the Jury Verdict entered on June 10, 2021.

Accordingly it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered on behalf of Defendants and against Plaintiff Timothy O'Bryan.

2. Plaintiff shall take nothing from Defendants in this action.

3. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 11th day of June, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record