UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80993-WPD

TIMOTHY O'BRYAN

    Plaintiff,

vs.

JOE TAYLOR RESTORATION, INC., a Florida
Corporation, AARON GETTY, individually,
KAREN RADEWICZ, individually, and
GLENDA GALARZA, individually,

    Defendants.
_____/

**DEFENDANTS' NOTIFICATION TO THE COURT OF THEIR INTENT TO FILE MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS**

Defendants, JOE TAYLOR RESTORATION, INC., AARON GETTY, KAREN RADEWICZ and GLENDA GALARAZA, by and through undersigned counsel, hereby file their notification to the Court of their intent to file motion for attorneys' fees and non-taxable costs.

Pursuant to Local Rule 7.3(a)(1), a motion for attorneys' fees and/or non-taxable expenses and costs shall "be filed and served within sixty (60) days of the entry of the final judgment or order giving rise to the claim, regardless of the prospect or pendency of supplemental review or appellate proceedings."  (*i.e.,* by August 9, 2021)

Pursuant to Local Rule 7.3(b): …a draft motion…must be served but not filed at least thirty (30) days prior to the deadline for filing any motion for attorneys' fees and/or costs that is governed this Local Rule." (*i.e.*, by July 12.2021)

The draft motion for attorneys' fees and non-taxable costs was timely served this date upon counsel for Plaintiff.

Dated: July 12, 2021  
      Boca Raton, FL

Respectfully submitted,

*s/ Daniel R. Levine*  
DANIEL R. LEVINE, ESQ.  
Florida Bar No. 0057861  
E-mail:   DRL@PBL-Law.com  
PADULA BENNARDO LEVINE, LLP  
3837 NW Boca Raton Blvd., Suite 200  
Boca Raton, FL   33431  
Telephone:    (561) 544-8900  
Attorneys for Defendants