# EXHIBIT "C"

**Alicia Kendrick**

| | |
|---|---|
| **From:** | Alex Ershock |
| **Sent:** | Monday, November 23, 2020 5:04 PM |
| **To:** | 'Chad Levy' |
| **Cc:** | Alicia Kendrick; Daniel R. Levine |
| **Subject:** | O'Bryan v. Joe Taylor Restoration, 9:20-cv-80993-WPD |
| **Attachments:** | 2020.11.01 - DE XX - Plaintiff's Response to Defendants' Request for Admissions .pdf; Defendants' Rule 11 Motion for Sanctions-EXHIBIT A.pdf; Defendant's Second Rule 11 Motion for Sanctions.pdf |

Good afternoon Mr. Levy,

Attached, please find the proposed Rule 11 motion, along with the proposed exhibits (Exhibit A is the same as the previous motion). As previously indicated, my client feels very strongly about this matter and has insisted upon placing you on notice of defendants' intent to seek sanctions under Rule 11 unless the complaint is withdrawn. This is particularly so after your client's deposition, where he admitted, among other things, his dishonesty to the company regarding the course of his COVID-19 treatment.

We would respectfully request you speak to your client about these allegations as soon as possible.

Please review and advise.

Thank you.

**Alex B.C. Ershock, Esquire**
Attorney
3837 NW Boca Raton Boulevard, Suite 200 | Boca Raton, FL  33431
Main: 561.544.8900 | Facsimile: 561.544.8999
**For the latest legal news and topics, sign up for the PBL Blog**
ABE@pbl-law.com   www.PBL-Law.com



This email is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law.  If the reader of this email is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the listed email address.  Thank You.