# EXHIBIT "E"

Padula Bennardo Levine, LLP
Client Fees Listing
To   Jun/11/2021

| Date / Entry # | Fee / Time Explanation | Working Attorney | Hours | Amount | Inv# | Billing Status |
|---|---|---|---|---|---|---|
| **371** | **Joe Taylor Restoration** | | | | | |
| **371-065** | **Joe Taylor Restoration adv. O'Bryan** | | | | | |
| May 12/2020  188603 | Attorney: DL  0.30 Hrs X 450.00    review/analyze demand letter; call with client and SJP re same; craft email to opposing counsel re same | DL - Daniel Levine | 0.30 | 135.00 | 14823 | Billed |
| May 20/2020  188974 | Attorney: DL  2.50 Hrs X 450.00    Review/analyze all relevant communications and documentation relating to O'Bryan timeline; emails/calls with cl | DL - Daniel Levine | 2.50 | 1125.00 | 14823 | Billed |
| May 22/2020  189025 | Attorney: DL  0.70 Hrs X 450.00    made final revisions to demand response; emailed opposing counsel re same | DL - Daniel Levine | 0.70 | 315.00 | 14823 | Billed |
| May 27/2020  189142 | Attorney: DL  0.30 Hrs X 450.00    emails with opposing counsel, client re response to demand | DL - Daniel Levine | 0.30 | 135.00 | 14823 | Billed |
| Jun 29/2020  190680 | Attorney: DL  2.50 Hrs X 450.00    meeting with client (Joe, Aaron, Karen and Glenda) re case at client site | DL - Daniel Levine | 2.50 | 1125.00 | 14897 | Billed |
| Jul 15/2020  192664 | Attorney: Alex  0.40 Hrs X 300.00    Review/analyze complaint and DRL correspondence to opposing counsel for purposes of preparing Answer and Affirm | Alex - Alex Ershock | 0.40 | 120.00 | 15036 | Billed |
| Jul 15/2020  192665 | Attorney: Alex  0.60 Hrs X 300.00    Legal research regarding affirmative defenses to Plaintiff's claim for unpaid leave under the FMLA and FFCRA | Alex - Alex Ershock | 0.60 | 180.00 | 15036 | Billed |
| Jul 15/2020  192666 | Attorney: Alex  1.60 Hrs X 300.00    Drafted Answer and Affirmative Defenses | Alex - Alex Ershock | 1.60 | 480.00 | 15036 | Billed |
| Jul 19/2020  191735 | Attorney: DL  0.90 Hrs X 450.00    review/analyze civil cover sheet, issued summonses, judge assignment (Billy D), notice to parties in FLSA cases | DL - Daniel Levine | 0.90 | 405.00 | 15036 | Billed |
| Jul 20/2020  191770 | Attorney: DL  0.80 Hrs X 450.00    revise answer and affirmative defenses to add additional defenses | DL - Daniel Levine | 0.80 | 360.00 | 15036 | Billed |
| Jul 20/2020  192670 | Attorney: Alex  1.30 Hrs X 300.00    Drafted First Set of Interrogatories to Plaintiff | Alex - Alex Ershock | 1.30 | 390.00 | 15036 | Billed |
| Jul 20/2020  192672 | Attorney: Alex  1.70 Hrs X 300.00    Drafted First Request for Production to Plaintiff | Alex - Alex Ershock | 1.70 | 510.00 | 15036 | Billed |
| Jul 22/2020  192671 | Attorney: Alex  2.20 Hrs X 300.00    Drafted Request for Admissions to Plaintiff including detailed review of initial letter to opposing counsel and | Alex - Alex Ershock | 2.20 | 660.00 | 15036 | Billed |
| Jul 23/2020  192669 | Attorney: Alex  2.20 Hrs X 300.00    Began drafting Rule 11 Motion for Sanctions | Alex - Alex Ershock | 2.20 | 660.00 | 15036 | Billed |
| Jul 27/2020  192429 | Attorney: DL  0.40 Hrs X 450.00    call with opposing counsel re scheduling, status | DL - Daniel Levine | 0.40 | 180.00 | 15036 | Billed |
| Jul 28/2020  192434 | Attorney: DL  0.30 Hrs X 450.00    review/analyze positive COVID-19 result (O'Bryan); emails with opposing counsel re same | DL - Daniel Levine | 0.30 | 135.00 | 15036 | Billed |
| Aug 4/2020  192727 | Attorney: Alex  0.80 Hrs X 300.00    Preparation of Proposed Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain | Alex - Alex Ershock | 0.80 | 240.00 | 15114 | Billed |
| Aug 4/2020  192728 | Attorney: Alex  1.70 Hrs X 300.00    Preparation of initial draft of Joint Scheduling Report and Discovery Plan, per Court's order and Southern Dist | Alex - Alex Ershock | 1.70 | 510.00 | 15114 | Billed |
| Aug 17/2020  193160 | Attorney: Alex  0.10 Hrs X 300.00    Correspondence to Chad Levy and David Cozad, opposing counsels, re: initial draft of proposed joint scheduling | Alex - Alex Ershock | 0.10 | 30.00 | 15114 | Billed |
| Aug 17/2020  193172 | Attorney: Alex  0.10 Hrs X 300.00    Correspondence from David Cozad, opposing counsel, re: approval of draft of joint scheduling report and discove | Alex - Alex Ershock | 0.10 | 30.00 | 15114 | Billed |
| Aug 23/2020  193400 | Attorney: Alex  0.30 Hrs X 300.00    Preparation of Rule 45 Notice of Production from Non-Party Jack Newcomer, M.D., and Subpoena Duces Tecum to Jac | Alex - Alex Ershock | 0.30 | 90.00 | 15114 | Billed |
| Aug 23/2020  193401 | Attorney: Alex  0.10 Hrs X 300.00    Correspondence to David Cozad and Chad Levy, opposing counsel, re: request for their client to sign medical rel | Alex - Alex Ershock | 0.10 | 30.00 | 15114 | Billed |
| Aug 24/2020  193420 | Attorney: Alex  0.10 Hrs X 300.00    Receipt and review of email correspondence from David Cozad, opposing counsel, re: acknowledgement of receipt o | Alex - Alex Ershock | 0.10 | 30.00 | 15114 | Billed |
| Aug 25/2020  193443 | Attorney: Alex  1.10 Hrs X 300.00    Revisions to initial draft of Interrogatories to Plaintiff | Alex - Alex Ershock | 1.10 | 330.00 | 15114 | Billed |
| Aug 25/2020  193444 | Attorney: Alex  1.10 Hrs X 300.00    Revisions to initial draft of Requests to Produce | Alex - Alex Ershock | 1.10 | 330.00 | 15114 | Billed |
| Aug 25/2020  193582 | Attorney: Alex  1.30 Hrs X 300.00    Revisions to initial draft of Requests for Admission and preparation of exhibits to attach to same | Alex - Alex Ershock | 1.30 | 390.00 | 15114 | Billed |
| Aug 25/2020  193583 | Attorney: Alex  0.10 Hrs X 300.00    Receipt and review of email from opposing counsel re: executed authorization form for Jack Newcomer subpoena | Alex - Alex Ershock | 0.10 | 30.00 | 15114 | Billed |
| Aug 26/2020  193573 | Attorney: DL  2.80 Hrs X 450.00    revise/add to written discovery (roggs, request for admissions and r/p) | DL - Daniel Levine | 2.80 | 1260.00 | 15114 | Billed |
| Aug 31/2020  193803 | Attorney: Alex  0.30 Hrs X 300.00    Receipt and review of order setting trial date and discovery deadlines, referring case to mediation & referring | Alex - Alex Ershock | 0.30 | 90.00 | 15114 | Billed |
| Aug 31/2020  193829 | Attorney: DL  0.20 Hrs X 450.00    review/analyze Order scheduling trial and pretrial deadlines | DL - Daniel Levine | 0.20 | 90.00 | 15114 | Billed |
| Sep 1/2020  193852 | Attorney: Alex  0.10 Hrs X 300.00    Preparation of correspondence to client re: scheduling order and Rule 26 disclosures | Alex - Alex Ershock | 0.10 | 30.00 | 15233 | Billed |
| Sep 1/2020  193874 | Attorney: Alex  0.10 Hrs X 300.00    Receipt and review of service email from opposing counsel re: Plaintiff's First Set of Interrogatories and Plai | Alex - Alex Ershock | 0.10 | 30.00 | 15233 | Billed |
| Sep 1/2020  193875 | Attorney: Alex  2.30 Hrs X 300.00    Review and analysis of (1) Plaintiff's First Set of Interrogatories and (2) Plaintiff's First Request for Produ | Alex - Alex Ershock | 2.30 | 690.00 | 15233 | Billed |
| Sep 2/2020  193892 | Attorney: Alex  0.20 Hrs X 300.00    Review and analysis of Court's order setting discovery procedures | Alex - Alex Ershock | 0.20 | 60.00 | 15233 | Billed |
| Sep 2/2020  193947 | Attorney: Alex  0.10 Hrs X 300.00    Receipt and review of email from opposing counsel re: proposed mediators and dates for same | Alex - Alex Ershock | 0.10 | 30.00 | 15233 | Billed |
| Sep 2/2020  194196 | Attorney: DL  0.20 Hrs X 450.00    review/analyze Order on discovery procedures | DL - Daniel Levine | 0.20 | 90.00 | 15233 | Billed |
| Sep 2/2020  194197 | Attorney: DL  0.20 Hrs X 450.00    email with opposing counsel re selection of mediator (Kim Gilmour) | DL - Daniel Levine | 0.20 | 90.00 | 15233 | Billed |
| Sep 3/2020  194171 | Attorney: Alex  1.60 Hrs X 300.00    Initial preparation of Defendants' Rule 26 Initial Disclosures, with further input and supplement from client p | Alex - Alex Ershock | 1.60 | 480.00 | 15233 | Billed |
| Sep 4/2020  194177 | Attorney: Alex  0.10 Hrs X 300.00    Correspondence to client re: Rule 26 disclosures | Alex - Alex Ershock | 0.10 | 30.00 | 15233 | Billed |
| Sep 4/2020  194189 | Attorney: Alex  0.10 Hrs X 300.00    Receipt and review of correspondence from client re: revisions and additions to Rule 26 disclosures | Alex - Alex Ershock | 0.10 | 30.00 | 15233 | Billed |
| Sep 4/2020  194190 | Attorney: Alex  0.20 Hrs X 300.00    Brief revisions to Rule 26 disclosures, per client suggestions | Alex - Alex Ershock | 0.20 | 60.00 | 15233 | Billed |

| Date | Fee / Time Explanation | Working Attorney | Hours | Amount | Inv# | Billing Status |
|---|---|---|---|---|---|---|
| Sep 4/2020 194206 | Attorney: DL  0.60 Hrs X 450.00        DL  - Daniel Levine<br>review and revise initial disclosures (drafted by ABE) | | 0.60 | 270.00 | 15233 | Billed |
| Sep 7/2020 194294 | Attorney: DL  0.40 Hrs X 450.00        DL  - Daniel Levine<br>calls with Dr. Newcomer's office (Jason) re subpoena for records; review/analyze records sent (2020); email wit | | 0.40 | 180.00 | 15233 | Billed |
| Sep 10/2020 194408 | Attorney: Alex  0.50 Hrs X 300.00      Alex - Alex Ershock<br>Legal research re: whether sharing medical records with client is permissible | | 0.50 | 150.00 | 15233 | Billed |
| Sep 10/2020 194409 | Attorney: Alex  1.00 Hrs X 300.00      Alex - Alex Ershock<br>Review and analysis of prepared timeline and integration of Dr. Newcomer's produced records | | 1.00 | 300.00 | 15233 | Billed |
| Sep 11/2020 194461 | Attorney: DL  0.20 Hrs X 450.00        DL  - Daniel Levine<br>review/analyze plaintiff's initial disclosures | | 0.20 | 90.00 | 15233 | Billed |
| Sep 16/2020 194582 | Attorney: Alex  1.40 Hrs X 300.00      Alex - Alex Ershock<br>Initial preparation of Defendant's response to Plaintiff's first set of interrogatories | | 1.40 | 420.00 | 15233 | Billed |
| Sep 16/2020 195375 | Attorney: DL  0.10 Hrs X 450.00        DL  - Daniel Levine<br>review/analyze Order scheduling mediation | | 0.10 | 45.00 | 15233 | Billed |
| Sep 16/2020 195376 | Attorney: DL  0.10 Hrs X 450.00        DL  - Daniel Levine<br>review/analyze notice of selection of mediator | | 0.10 | 45.00 | 15233 | Billed |
| Sep 17/2020 194633 | Attorney: Alex  2.20 Hrs X 300.00      Alex - Alex Ershock<br>Continued preparation of Defendant's response to Plaintiff's first set of interrogatories | | 2.20 | 660.00 | 15233 | Billed |
| Sep 17/2020 194634 | Attorney: Alex  0.30 Hrs X 300.00      Alex - Alex Ershock<br>Preparation of extensive correspondence to client re: case status and strategy, and need for input on case-rela | | 0.30 | 90.00 | 15233 | Billed |
| Sep 17/2020 194635 | Attorney: Alex  0.90 Hrs X 300.00      Alex - Alex Ershock<br>Initial preparation of Defendant's response to Plaintiff's first request for production | | 0.90 | 270.00 | 15233 | Billed |
| Sep 18/2020 194703 | Attorney: Alex  0.60 Hrs X 300.00      Alex - Alex Ershock<br>Continued preparation of Defendant's response to Plaintiff's first request for production | | 0.60 | 180.00 | 15233 | Billed |
| Sep 18/2020 194704 | Attorney: Alex  0.50 Hrs X 300.00      Alex - Alex Ershock<br>Brief legal research re: potential objection to request for production - relevance of previous FMLA suits to cu | | 0.50 | 150.00 | 15233 | Billed |
| Sep 18/2020 194705 | Attorney: Alex  0.20 Hrs X 300.00      Alex - Alex Ershock<br>Receipt and review of 2 emails from clients re: availability for client meeting to discuss case status | | 0.20 | 60.00 | 15233 | Billed |
| Sep 21/2020 194733 | Attorney: Alex  0.50 Hrs X 300.00      Alex - Alex Ershock<br>Completed preparation of Defendant's response to Plaintiff's first request for production | | 0.50 | 150.00 | 15233 | Billed |
| Sep 21/2020 194740 | Attorney: DL  0.20 Hrs X 450.00        DL  - Daniel Levine<br>call with client re status | | 0.20 | 90.00 | 15233 | Billed |
| Sep 21/2020 195377 | Attorney: Alex  0.40 Hrs X 300.00      Alex - Alex Ershock<br>Brief legal research re: Families First Coronavirus Response Act and whether courts have made substantive inter | | 0.40 | 120.00 | 15233 | Billed |
| Sep 22/2020 194762 | Attorney: Alex  0.50 Hrs X 300.00      Alex - Alex Ershock<br>Preparation of extensive correspondence to client re: input on discovery responses | | 0.50 | 150.00 | 15233 | Billed |
| Sep 28/2020 194952 | Attorney: Alex  0.40 Hrs X 300.00      Alex - Alex Ershock<br>Review and analysis of client-provided feedback to discovery responses and edits to discovery responses based o | | 0.40 | 120.00 | 15233 | Billed |
| Sep 28/2020 194980 | Attorney: Alex  0.20 Hrs X 300.00      Alex - Alex Ershock<br>Receipt and review of 2-email correspondence from opposing counsel re: requested extension on time for Plaintif | | 0.20 | 60.00 | 15233 | Billed |
| Sep 29/2020 195021 | Attorney: DL  0.20 Hrs X 450.00        DL  - Daniel Levine<br>call with client re status | | 0.20 | 90.00 | 15233 | Billed |
| Sep 30/2020 195211 | Attorney: Alex  0.20 Hrs X 300.00      Alex - Alex Ershock<br>Preparation of 2-email chain with opposing counsel re: reciprocal extension of time to respond to discovery | | 0.20 | 60.00 | 15233 | Billed |
| Oct 12/2020 195707 | Attorney: DL  2.30 Hrs X 450.00        DL  - Daniel Levine<br>draft Rule 11 motion for sanctions and serve on opposing counsel; research re FFCRA cases since Act's passage, | | 2.30 | 1035.00 | 15324 | Billed |
| Oct 12/2020 195708 | Attorney: DL  0.20 Hrs X 450.00        DL  - Daniel Levine<br>email with opposing counsel re Rule 11 motion | | 0.20 | 90.00 | 15324 | Billed |
| Oct 13/2020 195765 | Attorney: DL  0.30 Hrs X 450.00        DL  - Daniel Levine<br>emails with opposing counsel re Rule 11 motion | | 0.30 | 135.00 | 15324 | Billed |
| Oct 15/2020 195888 | Attorney: Alex  0.30 Hrs X 300.00      Alex - Alex Ershock<br>Review of correspondence from opposing counsel re: dismissal of count 2; review and analysis of notice of volun | | 0.30 | 90.00 | 15324 | Billed |
| Oct 16/2020 195938 | Attorney: DL  0.20 Hrs X 450.00        DL  - Daniel Levine<br>email to client re voluntary dismissal and status | | 0.20 | 90.00 | 15324 | Billed |
| Oct 21/2020 196043 | Attorney: DL  0.20 Hrs X 450.00        DL  - Daniel Levine<br>review/analyze Order approving voluntary dismissal of Count II | | 0.20 | 90.00 | 15324 | Billed |
| Oct 22/2020 196061 | Attorney: Alex  2.70 Hrs X 300.00      Alex - Alex Ershock<br>Legal research re: judgment on the pleadings and review of DOL publications re: FFCRA as modifying the FMLA and | | 2.70 | 810.00 | 15324 | Billed |
| Oct 23/2020 196102 | Attorney: Alex  3.50 Hrs X 300.00      Alex - Alex Ershock<br>Preparation of motion for judgment on the pleadings | | 3.50 | 1050.00 | 15324 | Billed |
| Oct 28/2020 196207 | Attorney: Alex  0.30 Hrs X 300.00      Alex - Alex Ershock<br>Receipt and review of 4-email chain with opposing counsel re: another extension to respond to discovery, no opp | | 0.30 | 90.00 | 15324 | Billed |
| Oct 29/2020 196290 | Attorney: DL  0.30 Hrs X 450.00        DL  - Daniel Levine<br>review/analyze answers to interrogatories and request for production (ours - drafted by ABE) | | 0.30 | 135.00 | 15324 | Billed |
| Oct 29/2020 196291 | Attorney: DL  0.60 Hrs X 450.00        DL  - Daniel Levine<br>revise/edit motion for judgment on the pleadings (drafted by ABE) | | 0.60 | 270.00 | 15324 | Billed |
| Nov 2/2020 196550 | Attorney: DL  0.20 Hrs X 450.00        DL  - Daniel Levine<br>draft notices of deposition - plaintiff and Dr. Newcomer | | 0.20 | 90.00 | 15430 | Billed |
| Nov 2/2020 196553 | Attorney: DL  0.20 Hrs X 450.00        DL  - Daniel Levine<br>email with client (Joe) re further doc on O'Bryan | | 0.20 | 90.00 | 15430 | Billed |
| Nov 2/2020 197061 | Attorney: Alex  0.20 Hrs X 300.00      Alex - Alex Ershock<br>Receipt and review of additional document from client re: discipline of Plaintiff | | 0.20 | 60.00 | 15430 | Billed |
| Nov 3/2020 196807 | Attorney: Alex  0.10 Hrs X 300.00      Alex - Alex Ershock<br>Receipt and review of email from opposing counsel re: setting depositions for individual defendants | | 0.10 | 30.00 | 15430 | Billed |
| Nov 3/2020 196838 | Attorney: DL  0.20 Hrs X 450.00        DL  - Daniel Levine<br>draft re-notices of deposition - O'Bryan and Dr. Newcomer; emails with clients re same | | 0.20 | 90.00 | 15430 | Billed |
| Nov 3/2020 196839 | Attorney: DL  0.80 Hrs X 450.00        DL  - Daniel Levine<br>review/analyze answers to interrogatories, responses to request for production and responses to request for adm | | 0.80 | 360.00 | 15430 | Billed |
| Nov 4/2020 196805 | Attorney: Alex  0.10 Hrs X 300.00      Alex - Alex Ershock<br>Receipt and review of email from Dr. Newcomer's office re: need to re-schedule deposition | | 0.10 | 30.00 | 15430 | Billed |
| Nov 4/2020 196806 | Attorney: Alex  0.20 Hrs X 300.00      Alex - Alex Ershock<br>Review and analysis of email from opposing counsel re: response to good-faith conferral on discovery issues | | 0.20 | 60.00 | 15430 | Billed |
| Nov 5/2020 196853 | Attorney: Alex  0.10 Hrs X 300.00      Alex - Alex Ershock<br>Review of email from client re: confirmation of deposition availability | | 0.10 | 30.00 | 15430 | Billed |

| Date | Entry # | Fee / Time Explanation | Working Attorney | Hours | Amount | Inv# | Billing Status |
|---|---|---|---|---|---|---|---|
| Nov 10/2020 | 196976 | Attorney: DL  0.20 Hrs X 450.00    DL  - Daniel Levine<br>review/analyze verified answers to interrogatories | | 0.20 | 90.00 | 15430 | Billed |
| Nov 10/2020 | 196978 | Attorney: DL  0.30 Hrs X 450.00    DL  - Daniel Levine<br>emails with opposing counsel re Rule 11 sanctions, withdrawing complaint | | 0.30 | 135.00 | 15430 | Billed |
| Nov 10/2020 | 196986 | Attorney: DL  0.20 Hrs X 450.00    DL  - Daniel Levine<br>review/analyze notice of depos - JT, GG, AG and KR | | 0.20 | 90.00 | 15430 | Billed |
| Nov 11/2020 | 197022 | Attorney: Alex  1.10 Hrs X 300.00    Alex - Alex Ershock<br>Review and analysis of email from Dr. Newcomer's office re: pre-payment of deposition fees; legal research re: | | 1.10 | 330.00 | 15430 | Billed |
| Nov 11/2020 | 197052 | Attorney: DL  1.50 Hrs X 450.00    DL  - Daniel Levine<br>meet with Aaron Getty (and Joe T.) at JTR to discuss compensation plan issues and O'Bryan case status | | 1.50 | 675.00 | 15430 | Billed |
| Nov 11/2020 | 197053 | Attorney: DL  0.20 Hrs X 450.00    DL  - Daniel Levine<br>email Dr. Newcomer re: requested fees for depositon testimony | | 0.20 | 90.00 | 15430 | Billed |
| Nov 13/2020 | 197147 | Attorney: Alex  0.50 Hrs X 300.00    Alex - Alex Ershock<br>Review and analysis of Plaintiff's response to Defendant's motion for judgment on the pleadings | | 0.50 | 150.00 | 15430 | Billed |
| Nov 13/2020 | 197162 | Attorney: Alex  2.00 Hrs X 300.00    Alex - Alex Ershock<br>Preparation of reply to Plaintiff's response to Defendant's motion for judgment on the pleadings | | 2.00 | 600.00 | 15430 | Billed |
| Nov 13/2020 | 197180 | Attorney: DL  0.80 Hrs X 450.00    DL  - Daniel Levine<br>revise reply memo in support of motion for judgment on the pleadings | | 0.80 | 360.00 | 15430 | Billed |
| Nov 17/2020 | 197310 | Attorney: DL  0.50 Hrs X 450.00    DL  - Daniel Levine<br>review/analyze Order denying motion for judgment on pleadings and allowing amendment, referring sanctions motio | | 0.50 | 225.00 | 15430 | Billed |
| Nov 18/2020 | 197282 | Attorney: Alex  0.30 Hrs X 300.00    Alex - Alex Ershock<br>Review and analysis of order denying Defendant's motion for judgment on the pleadings and referring Rule 11 mot | | 0.30 | 90.00 | 15430 | Billed |
| Nov 18/2020 | 197317 | Attorney: Alex  1.00 Hrs X 300.00    Alex - Alex Ershock<br>Preparation of answer to amended complaint | | 1.00 | 300.00 | 15430 | Billed |
| Nov 18/2020 | 197318 | Attorney: Alex  0.50 Hrs X 300.00    Alex - Alex Ershock<br>Receipt and review of amended complaint | | 0.50 | 150.00 | 15430 | Billed |
| Nov 19/2020 | 197435 | Attorney: DL  3.50 Hrs X 450.00    DL  - Daniel Levine<br>preparation for O'Bryan depo | | 3.50 | 1575.00 | 15430 | Billed |
| Nov 20/2020 | 197443 | Attorney: Alex  1.10 Hrs X 300.00    Alex - Alex Ershock<br>Review and analysis of Plaintiff's response to Rule 11 motion | | 1.10 | 330.00 | 15430 | Billed |
| Nov 20/2020 | 197444 | Attorney: Alex  2.00 Hrs X 300.00    Alex - Alex Ershock<br>Appear for and attend deposition of Plaintiff, for purposes of preparing summary judgment motion and renewed Ru | | 2.00 | 600.00 | 15430 | Billed |
| Nov 20/2020 | 197446 | Attorney: DL  3.90 Hrs X 450.00    DL  - Daniel Levine<br>preparation for and attendance at deposition of O'Bryan | | 3.90 | 1755.00 | 15430 | Billed |
| Nov 23/2020 | 197488 | Attorney: Alex  2.50 Hrs X 300.00    Alex - Alex Ershock<br>Preparation of second Rule 11 motion for sanctions, updated to include proffered deposition testimony and answe | | 2.50 | 750.00 | 15430 | Billed |
| Nov 23/2020 | 197491 | Attorney: Alex  0.20 Hrs X 300.00    Alex - Alex Ershock<br>Preparation of service of second Rule 11 motion for sanctions | | 0.20 | 60.00 | 15430 | Billed |
| Nov 23/2020 | 197492 | Attorney: Alex  0.10 Hrs X 300.00    Alex - Alex Ershock<br>Receipt and review of correspondence from opposing counsel re: second Rule 11 motion for sanctions | | 0.10 | 30.00 | 15430 | Billed |
| Nov 24/2020 | 197513 | Attorney: Alex  2.60 Hrs X 300.00    Alex - Alex Ershock<br>Preparation of reply in support of Rule 11 motion for sanctions | | 2.60 | 780.00 | 15430 | Billed |
| Nov 24/2020 | 197514 | Attorney: Alex  1.20 Hrs X 300.00    Alex - Alex Ershock<br>Review and analysis of Plaintiff's second request for production and Plaintiff's second set of interrogatories | | 1.20 | 360.00 | 15430 | Billed |
| Nov 24/2020 | 197663 | Attorney: DL  1.40 Hrs X 450.00    DL  - Daniel Levine<br>preparation for deposition of Dr. Newcomer and attend same (non-appearance) | | 1.40 | 630.00 | 15430 | Billed |
| Nov 24/2020 | 197664 | Attorney: DL  0.20 Hrs X 450.00    DL  - Daniel Levine<br>email to Dr. Newcomer re non-appearance at depo | | 0.20 | 90.00 | 15430 | Billed |
| Nov 24/2020 | 197666 | Attorney: DL  1.50 Hrs X 450.00    DL  - Daniel Levine<br>review/analyze response to Rule 11 motion; annotate same and email ABE with instrux to draft reply memo | | 1.50 | 675.00 | 15430 | Billed |
| Nov 25/2020 | 197553 | Attorney: Alex  1.30 Hrs X 300.00    Alex - Alex Ershock<br>Further revisions to reply to response to Rule 11 sanctions motion | | 1.30 | 390.00 | 15430 | Billed |
| Nov 30/2020 | 197793 | Attorney: DL  1.50 Hrs X 450.00    DL  - Daniel Levine<br>revise reply memo in support of rule 11 motion (first) | | 1.50 | 675.00 | 15430 | Billed |
| Dec 1/2020 | 197874 | Attorney: Alex  0.20 Hrs X 300.00    Alex - Alex Ershock<br>Preparation of correspondence to client re: second interrogatories and request for production | | 0.20 | 60.00 | 15514 | Billed |
| Dec 1/2020 | 197882 | Attorney: Alex  0.80 Hrs X 300.00    Alex - Alex Ershock<br>Brief legal research re: motion to compel deposition of Dr. Newcomer - treating physician as expert | | 0.80 | 240.00 | 15514 | Billed |
| Dec 2/2020 | 197918 | Attorney: Alex  2.00 Hrs X 300.00    Alex - Alex Ershock<br>Preparation of motion to compel deposition of Dr. Newcomer | | 2.00 | 600.00 | 15514 | Billed |
| Dec 2/2020 | 197922 | Attorney: DL  2.80 Hrs X 450.00    DL  - Daniel Levine<br>at client's office for pre-depo conferences | | 2.80 | 1260.00 | 15514 | Billed |
| Dec 3/2020 | 198041 | Attorney: DL  3.00 Hrs X 450.00    DL  - Daniel Levine<br>attend deposition of Getty; post-depo call with clients (Joe, Aaron, Karen and Glenda) re recap/strategy | | 3.00 | 1350.00 | 15514 | Billed |
| Dec 4/2020 | 198093 | Attorney: DL  3.80 Hrs X 450.00    DL  - Daniel Levine<br>attend zoom deposition - Karen Radewicz | | 3.80 | 1710.00 | 15514 | Billed |
| Dec 7/2020 | 198181 | Attorney: Alex  6.50 Hrs X 300.00    Alex - Alex Ershock<br>Preparation of statement of material facts in support of motion for final summary judgment; review of Plaintiff | | 6.50 | 1950.00 | 15514 | Billed |
| Dec 7/2020 | 198184 | Attorney: DL  0.20 Hrs X 450.00    DL  - Daniel Levine<br>email with o/c's office re deposing Galaraza and Stuart R. | | 0.20 | 90.00 | 15514 | Billed |
| Dec 7/2020 | 198185 | Attorney: DL  0.30 Hrs X 450.00    DL  - Daniel Levine<br>call with Stuart R. re case and o/c's request for deposition | | 0.30 | 135.00 | 15514 | Billed |
| Dec 8/2020 | 198225 | Attorney: Alex  1.80 Hrs X 300.00    Alex - Alex Ershock<br>Continued preparation of statement of material facts | | 1.80 | 540.00 | 15514 | Billed |
| Dec 10/2020 | 198291 | Attorney: Alex  0.50 Hrs X 300.00    Alex - Alex Ershock<br>Brief legal research re: Paycheck Protection Program and any relevancy to EPSLA cases | | 0.50 | 150.00 | 15514 | Billed |
| Dec 10/2020 | 198292 | Attorney: Alex  1.60 Hrs X 300.00    Alex - Alex Ershock<br>Initial preparation of response to Plaintiff's second set of interrogatories | | 1.60 | 480.00 | 15514 | Billed |
| Dec 11/2020 | 198376 | Attorney: DL  0.20 Hrs X 450.00    DL  - Daniel Levine<br>review/analyze notice of deposition - Stuart R; preliminary call with Stuart R. re same | | 0.20 | 90.00 | 15514 | Billed |
| Dec 14/2020 | 198355 | Attorney: Alex  0.30 Hrs X 300.00    Alex - Alex Ershock<br>Review and analysis of order to show cause (why Plaintiff and Dr. Newcomer should not be sanctioned) | | 0.30 | 90.00 | 15514 | Billed |
| Dec 14/2020 | 198356 | Attorney: Alex  0.10 Hrs X 300.00    Alex - Alex Ershock<br>Correspondence to Dr. Newcomer's office re: show cause order (required by Order to Show Cause) | | 0.10 | 30.00 | 15514 | Billed |

```
                                       Padula Bennardo Levine, LLP
                                            Client Fees Listing
                                             To  Jun/11/2021

 Date       Fee / Time                                Working Attorney         Hours       Amount  Inv#     Billing
    Entry # Explanation                                                                                     Status
-------------------------------------------------------------------------------------------------------------------
 Dec 14/2020  Attorney: Alex   0.20 Hrs X 300.00      Alex - Alex Ershock       0.20        60.00 15514     Billed
     198358  Review and analysis of order setting hearing on Defendant's Rule 11 motion; forward of same to clients
 Dec 14/2020  Attorney: Alex   1.00 Hrs X 300.00      Alex - Alex Ershock       1.00       300.00 15514     Billed
     198399  Initial preparation of responses to Plaintiff's second set of requests for production
 Dec 14/2020  Attorney: Alex   0.20 Hrs X 300.00      Alex - Alex Ershock       0.20        60.00 15514     Billed
     198400  Preparation of notice of withdrawal of motion to compel deposition of Dr. Newcomer
 Dec 14/2020  Attorney: DL   1.50 Hrs X 450.00        DL   - Daniel Levine      1.50       675.00 15514     Billed
     198441  preparation for and take deposition of Newcomer; call with client after (Joe)
 Dec 14/2020  Attorney: DL   0.20 Hrs X 450.00        DL   - Daniel Levine      0.20        90.00 15514     Billed
     198442  review/analyze Order to Show Cause - Plaintiff and Newcomer
 Dec 14/2020  Attorney: DL   0.20 Hrs X 450.00        DL   - Daniel Levine      0.20        90.00 15514     Billed
     198443  review/analyze Order setting hearing on Rule 11 motion
 Dec 14/2020  Attorney: DL   0.20 Hrs X 450.00        DL   - Daniel Levine      0.20        90.00 15514     Billed
     198445  review/analyze notice of deposition - Stuart
 Dec 15/2020  Attorney: Alex   0.20 Hrs X 300.00      Alex - Alex Ershock       0.20        60.00 15514     Billed
     198421  Receipt and review of order discharging order to show cause
 Dec 15/2020  Attorney: Alex   0.10 Hrs X 300.00      Alex - Alex Ershock       0.10        30.00 15514     Billed
     198422  Correspondence to Dr. Newcomer's office re: compliance with court instruction re: order discharging order to sh
 Dec 15/2020  Attorney: DL   0.20 Hrs X 450.00        DL   - Daniel Levine      0.20        90.00 15514     Billed
     198483  review/analyze Order discharging Order to Show Cause (Dr. Newcomer)
 Dec 17/2020  Attorney: Alex   3.00 Hrs X 300.00      Alex - Alex Ershock       3.00       900.00 15514     Billed
     198512  Continued preparation of statement of facts
 Dec 18/2020  Attorney: DL   1.50 Hrs X 450.00        DL   - Daniel Levine      1.50       675.00 15514     Billed
     198548  preparation for deposition - Stuart R.; review/analyze related docs in advance
 Dec 18/2020  Attorney: DL   0.80 Hrs X 450.00        DL   - Daniel Levine      0.80       360.00 15514     Billed
     198553  revise answers to 2nd set of interrogatories and responses to 2nd request for production; call with client (Joe
 Dec 18/2020  Attorney: Alex   1.70 Hrs X 300.00      Alex - Alex Ershock       1.70       510.00 15514     Billed
     198560  Completion of initial preparation of statement of facts
 Dec 18/2020  Attorney: Alex   2.30 Hrs X 300.00      Alex - Alex Ershock       2.30       690.00 15514     Billed
     198563  Initial preparation of motion for final summary judgment
 Dec 23/2020  Attorney: DL   2.50 Hrs X 450.00        DL   - Daniel Levine      2.50      1125.00 15514     Billed
     198696  attend deposition - Stuart R.
 Dec 23/2020  Attorney: Alex   1.60 Hrs X 300.00      Alex - Alex Ershock       1.60       480.00 15514     Billed
     198709  Continued preparation of motion for final summary judgment
 Dec 30/2020  Attorney: Alex   4.00 Hrs X 300.00      Alex - Alex Ershock       4.00      1200.00 15514     Billed
     198794  Revisions to motion for final summary judgment and statement of material facts
 Jan  4/2021  Attorney: Alex   1.50 Hrs X 300.00      Alex - Alex Ershock       1.50       450.00 15625     Billed
     199019  Revisions to motion for summary judgment, statement of facts, and second Rule 11 motion
 Jan  5/2021  Attorney: Alex   0.60 Hrs X 300.00      Alex - Alex Ershock       0.60       180.00 15625     Billed
     199157  Legal research re: Rule 11 motion hearing - whether amendment of complaint after safe harbor deadline renders p
 Jan  5/2021  Attorney: DL   3.60 Hrs X 450.00        DL   - Daniel Levine      3.60      1620.00 15625     Billed
     199171  preparation for and attendance at hearing on Rule 11 motion (hour long Zoom hearing); email to client re same
 Jan  6/2021  Attorney: Alex   0.70 Hrs X 300.00      Alex - Alex Ershock       0.70       210.00 15625     Billed
     199167  Review transcript of Dr. Newcomer deposition for inclusion in summary judgment motion statement of facts
 Jan  6/2021  Attorney: DL   0.20 Hrs X 450.00        DL   - Daniel Levine      0.20        90.00 15625     Billed
     200354  Review and analysis of order denying Defendant's first Rule 11 motion for sanctions
 Jan 12/2021  Attorney: Alex   0.30 Hrs X 300.00      Alex - Alex Ershock       0.30        90.00 15625     Billed
     199364  Review of 3-email chain from opposing counsel re: deposition of Galarza and informal extension of discovery dea
 Jan 12/2021  Attorney: Alex   0.70 Hrs X 300.00      Alex - Alex Ershock       0.70       210.00 15625     Billed
     199403  Revisions to summary judgment statement of facts to add Dr. Newcomer's deposition testimony
 Jan 12/2021  Attorney: DL   0.20 Hrs X 450.00        DL   - Daniel Levine      0.20        90.00 15625     Billed
     199482  review/analyze notice of deposition - Galarza
 Jan 12/2021  Attorney: DL   0.20 Hrs X 450.00        DL   - Daniel Levine      0.20        90.00 15625     Billed
     199484  emails with client (Joe) re: status, Order denying sanctions as to legal issue
 Jan 12/2021  Attorney: DL   0.20 Hrs X 450.00        DL   - Daniel Levine      0.20        90.00 15625     Billed
     199488  preliminary review/analyze motion to compel (PPP Funds etc.)
 Jan 13/2021  Attorney: Alex   0.30 Hrs X 300.00      Alex - Alex Ershock       0.30        90.00 15625     Billed
     199424  Receipt and review of Plaintiff's motion to compel discovery from Defendants
 Jan 15/2021  Attorney: Alex   1.00 Hrs X 300.00      Alex - Alex Ershock       1.00       300.00 15625     Billed
     199536  Preparation of response to Plaintiff's motion to compel discovery
 Jan 15/2021  Attorney: DL   1.30 Hrs X 450.00        DL   - Daniel Levine      1.30       585.00 15625     Billed
     199600  review/analyze motion to compel; revise response to same
 Jan 21/2021  Attorney: Alex   2.70 Hrs X 300.00      Alex - Alex Ershock       2.70       810.00 15625     Billed
     199757  Pre-deposition telephone conference with Glenda Galarza; appear for and defend deposition of Glenda Galarza
 Jan 22/2021  Attorney: DL   0.40 Hrs X 450.00        DL   - Daniel Levine      0.40       180.00 15625     Billed
     200355  review/analyze reply in support of motion to compel
 Jan 25/2021  Attorney: DL   2.70 Hrs X 450.00        DL   - Daniel Levine      2.70      1215.00 15625     Billed
     199901  worked on statement of facts, adding further citations to record evidence, revising facts, etc.
 Jan 26/2021  Attorney: Alex   1.30 Hrs X 300.00      Alex - Alex Ershock       1.30       390.00 15625     Billed
     199860  Revisions to statement of material facts - adding exhibits and deposition testimony from Dr. Newcomer
 Jan 26/2021  Attorney: DL   2.00 Hrs X 450.00        DL   - Daniel Levine      2.00       900.00 15625     Billed
     199939  revise motion for summary judgment and memo of law
 Jan 27/2021  Attorney: DL   1.70 Hrs X 450.00        DL   - Daniel Levine      1.70       765.00 15625     Billed
     199942  revise motion for summary judgment and memo of law and statement of facts
 Jan 28/2021  Attorney: DL   1.50 Hrs X 450.00        DL   - Daniel Levine      1.50       675.00 15625     Billed
     199962  research into work availability as but-for argument; discussion with ABE re same and email to client re same
 Jan 28/2021  Attorney: Alex   1.40 Hrs X 300.00      Alex - Alex Ershock       1.40       420.00 15625     Billed
     200006  Continued revisions to memorandum of law and statement of facts
 Jan 29/2021  Attorney: Alex   0.20 Hrs X 300.00      Alex - Alex Ershock       0.20        60.00 15625     Billed
     200207  Receipt and review of correspondence from client re: work schedules in 2020
 Jan 29/2021  Attorney: DL   0.40 Hrs X 450.00        DL   - Daniel Levine      0.40       180.00 15625     Billed
     200214  zoom call with Glenda re; work availability issue
 Feb  8/2021  Attorney: Alex   0.80 Hrs X 300.00      Alex - Alex Ershock       0.80       240.00 15750     Billed
     200747  Review and analysis of Glenda Galarza deposition transcript, for use in preparing affidavit for Galarza
```

Padula Bennardo Levine, LLP
Client Fees Listing
To   Jun/11/2021

| Date | Fee / Time Entry # Explanation | Working Attorney | Hours | Amount | Inv# | Billing Status |
|---|---|---|---|---|---|---|
| Feb  8/2021 | Attorney: Alex  1.40 Hrs X 300.00<br>200748  Preparation of affidavit of Glenda Galarza, for use in summary judgment | Alex - Alex Ershock | 1.40 | 420.00 | 15750 | Billed |
| Feb  8/2021 | Attorney: DL  0.80 Hrs X 450.00<br>200753  review/analyze deposition transcript - Glenda Galarza; email ABE re same for purposes of motion for summary jud | DL   - Daniel Levine | 0.80 | 360.00 | 15750 | Billed |
| Feb  8/2021 | Attorney: Alex  1.70 Hrs X 300.00<br>200755  Revisions to motion for summary judgment to add argument re: availability of work, based on declaration of Gala | Alex - Alex Ershock | 1.70 | 510.00 | 15750 | Billed |
| Feb  9/2021 | Attorney: Alex  1.20 Hrs X 300.00<br>200765  Revisions to statement of facts to add Galarza deposition testimony | Alex - Alex Ershock | 1.20 | 360.00 | 15750 | Billed |
| Feb  9/2021 | Attorney: Alex  2.50 Hrs X 300.00<br>200813  Legal research re: paid sick leave when there is not enough work to go around, for use as supplement to "but-fo | Alex - Alex Ershock | 2.50 | 750.00 | 15750 | Billed |
| Feb  9/2021 | Attorney: Alex  0.50 Hrs X 300.00<br>200814  Brief revisions to sworn declaration of Galarza | Alex - Alex Ershock | 0.50 | 150.00 | 15750 | Billed |
| Feb  9/2021 | Attorney: Alex  1.20 Hrs X 300.00<br>200817  Continued revisions to motion for final summary judgment memorandum of law to add argument re: unavailability o | Alex - Alex Ershock | 1.20 | 360.00 | 15750 | Billed |
| Feb  9/2021 | Attorney: DL  0.70 Hrs X 450.00<br>201037  review and revise Glenda's declaration | DL   - Daniel Levine | 0.70 | 315.00 | 15750 | Billed |
| Feb 10/2021 | Attorney: Alex  5.00 Hrs X 300.00<br>200852  Extensive revisions to memorandum of law | Alex - Alex Ershock | 5.00 | 1500.00 | 15750 | Billed |
| Feb 10/2021 | Attorney: Alex  0.10 Hrs X 300.00<br>200856  Correspondence to client re: additional info for declaration of Galarza | Alex - Alex Ershock | 0.10 | 30.00 | 15750 | Billed |
| Feb 10/2021 | Attorney: DL  2.70 Hrs X 450.00<br>200865  review and revise statement of facts | DL   - Daniel Levine | 2.70 | 1215.00 | 15750 | Billed |
| Feb 11/2021 | Attorney: Alex  2.00 Hrs X 300.00<br>200875  More revisions to statement of facts to address DRL comments on same | Alex - Alex Ershock | 2.00 | 600.00 | 15750 | Billed |
| Feb 11/2021 | Attorney: DL  3.60 Hrs X 450.00<br>200978  work on motion for summary judgment and statement of facts | DL   - Daniel Levine | 3.60 | 1620.00 | 15750 | Billed |
| Feb 15/2021 | Attorney: Alex  3.00 Hrs X 300.00<br>201001  Continued work on statement of facts, memorandum of law, and declaration of Galarza, in preparation to finalize | Alex - Alex Ershock | 3.00 | 900.00 | 15750 | Billed |
| Feb 15/2021 | Attorney: Alex  0.30 Hrs X 300.00<br>201013  Correspondences to client re: draft declaration for review; review response re: requested information | Alex - Alex Ershock | 0.30 | 90.00 | 15750 | Billed |
| Feb 16/2021 | Attorney: DL  4.00 Hrs X 450.00<br>201056  final revisions to motion for sj and statement of facts | DL   - Daniel Levine | 4.00 | 1800.00 | 15750 | Billed |
| Feb 17/2021 | Attorney: Alex  0.30 Hrs X 300.00<br>201088  Preparation of motion for leave to conventionall file Exhibit 13 | Alex - Alex Ershock | 0.30 | 90.00 | 15750 | Billed |
| Feb 17/2021 | Attorney: Alex  0.40 Hrs X 300.00<br>201089  Correspondence to client re: final approval for declaration; review client email re: change; revise declaration | Alex - Alex Ershock | 0.40 | 120.00 | 15750 | Billed |
| Feb 18/2021 | Attorney: Alex  0.20 Hrs X 300.00<br>201131  Correspondence to client re: summary judgment motion and roadmap of case for next 6 weeks | Alex - Alex Ershock | 0.20 | 60.00 | 15750 | Billed |
| Feb 18/2021 | Attorney: Alex  0.30 Hrs X 300.00<br>201156  Review and analysis of order granting in part and denying in part motion to compel discovery; email to clients | Alex - Alex Ershock | 0.30 | 90.00 | 15750 | Billed |
| Feb 19/2021 | Attorney: DL  0.20 Hrs X 450.00<br>201241  call with Joe T. re: status, summary judgment, Order on motion to compel | DL   - Daniel Levine | 0.20 | 90.00 | 15750 | Billed |
| Feb 19/2021 | Attorney: DL  0.20 Hrs X 450.00<br>201246  review/analyze Order on motion to compel | DL   - Daniel Levine | 0.20 | 90.00 | 15750 | Billed |
| Feb 24/2021 | Attorney: DL  0.30 Hrs X 450.00<br>201344  further review/analyze Order on motion to compel; email to client recommending we object to same | DL   - Daniel Levine | 0.30 | 135.00 | 15750 | Billed |
| Feb 24/2021 | Attorney: Alex  1.20 Hrs X 300.00<br>201352  Legal research re: objections to magistrate's order - standards of review for magistrate objections; willfulnes | Alex - Alex Ershock | 1.20 | 360.00 | 15750 | Billed |
| Feb 24/2021 | Attorney: Alex  1.80 Hrs X 300.00<br>201353  Initial preparation of objections to magistrate's order | Alex - Alex Ershock | 1.80 | 540.00 | 15750 | Billed |
| Feb 25/2021 | Attorney: Alex  2.20 Hrs X 300.00<br>201447  Continued preparation of objections to Magistrate's February 18, 2021 order | Alex - Alex Ershock | 2.20 | 660.00 | 15750 | Billed |
| Feb 26/2021 | Attorney: DL  2.70 Hrs X 450.00<br>201591  revise objections to mag judge order (appeal) | DL   - Daniel Levine | 2.70 | 1215.00 | 15750 | Billed |
| Mar  2/2021 | Attorney: Alex  0.20 Hrs X 300.00<br>201744  Receipt and review of unopposed motion for extension of time to respond to summary judgment motion | Alex - Alex Ershock | 0.20 | 60.00 | 15857 | Billed |
| Mar  3/2021 | Attorney: Alex  0.10 Hrs X 300.00<br>201832  Receipt and review of order granting motion for extension of time to respond to summary judgment motion | Alex - Alex Ershock | 0.10 | 30.00 | 15857 | Billed |
| Mar  3/2021 | Attorney: DL  0.20 Hrs X 450.00<br>201898  review/analyze Order granting motion for leave to file conventionally (voice mail) | DL   - Daniel Levine | 0.20 | 90.00 | 15857 | Billed |
| Mar  3/2021 | Attorney: DL  0.20 Hrs X 450.00<br>201899  review/analyze motion for enlargement and Order granting enlargement to file response to motion for summary jud | DL   - Daniel Levine | 0.20 | 90.00 | 15857 | Billed |
| Mar 17/2021 | Attorney: Alex  2.00 Hrs X 300.00<br>202419  Review and analysis of Plaintiff's response to Defendant's motion for summary judgment and response to Defendan | Alex - Alex Ershock | 2.00 | 600.00 | 15857 | Billed |
| Mar 19/2021 | Attorney: Alex  1.50 Hrs X 300.00<br>202496  Preparation of mediation summary letter | Alex - Alex Ershock | 1.50 | 450.00 | 15857 | Billed |
| Mar 19/2021 | Attorney: Alex  2.50 Hrs X 300.00<br>202505  Preparation of reply to Plaintiff's response to Defendant's motion for final summary judgment | Alex - Alex Ershock | 2.50 | 750.00 | 15857 | Billed |
| Mar 19/2021 | Attorney: DL  0.30 Hrs X 450.00<br>202529  revise confidential mediation summary to Kim Gilmour | DL   - Daniel Levine | 0.30 | 135.00 | 15857 | Billed |
| Mar 22/2021 | Attorney: DL  0.80 Hrs X 450.00<br>202552  review/analyze plaintiff's opposition papers | DL   - Daniel Levine | 0.80 | 360.00 | 15857 | Billed |
| Mar 22/2021 | Attorney: Alex  1.00 Hrs X 300.00<br>202553  Finalize reply to Plaintiff's response in opposition to Defendants' motion for summary judgment | Alex - Alex Ershock | 1.00 | 300.00 | 15857 | Billed |
| Mar 23/2021 | Attorney: DL  2.00 Hrs X 450.00<br>202596  revise reply memo in support of motion for summary judgment | DL   - Daniel Levine | 2.00 | 900.00 | 15857 | Billed |
| Mar 26/2021 | Attorney: DL  0.20 Hrs X 450.00<br>202699  call with client re: mediation; email to mediator re same | DL   - Daniel Levine | 0.20 | 90.00 | 15857 | Billed |
| Mar 29/2021 | Attorney: DL  0.30 Hrs X 450.00<br>202706  attend mediation (impasse) | DL   - Daniel Levine | 0.30 | 135.00 | 15857 | Billed |
| Mar 29/2021 | Attorney: DL  0.10 Hrs X 450.00<br>202707  review/analyze filed mediation report (impasse) | DL   - Daniel Levine | 0.10 | 45.00 | 15857 | Billed |
| Apr 19/2021 | Attorney: Alex  0.40 Hrs X 300.00<br>203901  Receipt and review of order overruling Defendant's objections to Magistrate's order; correspondence to client r | Alex - Alex Ershock | 0.40 | 120.00 | 15959 | Billed |

```
Date            Fee / Time                                 Working Attorney                Hours          Amount   Inv#      Billing
     Entry #    Explanation                                                                                                  Status

Apr 19/2021     Attorney: DL   0.20 Hrs X 450.00           DL    - Daniel Levine            0.20           90.00  15959      Billed
     203932     review/analyze Order overruling objections on certain discovery items
Apr 20/2021     Attorney: Alex  0.40 Hrs X 300.00          Alex  - Alex Ershock             0.40          120.00  15959      Billed
     203954     Review and analysis of order denying motion for summary judgment; confer with DRL re: impact of same
Apr 20/2021     Attorney: DL   0.60 Hrs X 450.00           DL    - Daniel Levine            0.60          270.00  15959      Billed
     203958     review/analyze Order denying motion for summary judgment; email to client re same
Apr 20/2021     Attorney: Alex  0.40 Hrs X 300.00          Alex  - Alex Ershock             0.40          120.00  15959      Billed
     203963     Receipt and review of records from client to be produced pursuant to order overruling Defendant's objections to
Apr 30/2021     Attorney: Alex  0.30 Hrs X 300.00          Alex  - Alex Ershock             0.30           90.00  15959      Billed
     204489     Preparation of revised answers to request for production and interrogatories; service on counsel
Apr 30/2021     Attorney: Alex  0.30 Hrs X 300.00          Alex  - Alex Ershock             0.30           90.00  15959      Billed
     204523     Correspondence to client re: response to Interrogatory #4 and verification; response from client re: same
May  3/2021     Attorney: DL   0.30 Hrs X 450.00           DL    - Daniel Levine            0.30          135.00  16103      Billed
     204636     meet with ABE re: conversation with client (Joe) re: discovery due; emails with opposing counsel re same
May  4/2021     Attorney: Alex  0.30 Hrs X 300.00          Alex  - Alex Ershock             0.30           90.00  16103      Billed
     204731     Receipt and review of correspondence from client re: answers to interrogatory #4; revise interrogatory 4; send
May  4/2021     Attorney: DL   0.90 Hrs X 450.00           DL    - Daniel Levine            0.90          405.00  16103      Billed
     204836     call with Joe and Aaron re interrogatory answers needed; emails with both re same and draft answers
May  4/2021     Attorney: DL   0.20 Hrs X 450.00           DL    - Daniel Levine            0.20           90.00  16103      Billed
     204837     emails with client (Aaron); revise interrogatory answers
May  5/2021     Attorney: Alex  0.50 Hrs X 300.00          Alex  - Alex Ershock             0.50          150.00  16103      Billed
     204833     Multiple emails from opposing counsel re: extending deadlines for trial and re-opening discovery; response in o
May  5/2021     Attorney: DL   0.20 Hrs X 450.00           DL    - Daniel Levine            0.20           90.00  16103      Billed
     204843     emails with opposing counsel (Chad) re enlargement of time to conduct discovery, continuance of trial
May  5/2021     Attorney: DL   0.30 Hrs X 450.00           DL    - Daniel Levine            0.30          135.00  16103      Billed
     204844     review/analyze motion for enlargement; instrux to ABE to draft response opposing; email clients re same
May  6/2021     Attorney: Alex  0.60 Hrs X 300.00          Alex  - Alex Ershock             0.60          180.00  16103      Billed
     204934     Brief legal research re: standards for re-opening discovery after summary judgment
May  6/2021     Attorney: DL   0.70 Hrs X 450.00           DL    - Daniel Levine            0.70          315.00  16103      Billed
     204951     revise response to motion to extend discovery
May  6/2021     Attorney: Alex  1.80 Hrs X 300.00          Alex  - Alex Ershock             1.80          540.00  16103      Billed
     206267     Preparation of response in opposition to motion for extension of discovery and trial deadlines
May 13/2021     Attorney: Alex  0.30 Hrs X 300.00          Alex  - Alex Ershock             0.30           90.00  16103      Billed
     205265     Review and analysis of reply to Defendant's response in opposition to Plaintiff's motion to re-open discovery a
May 13/2021     Attorney: Alex  3.50 Hrs X 300.00          Alex  - Alex Ershock             3.50         1050.00  16103      Billed
     205285     Preparation of pre-trial stipulation
May 17/2021     Attorney: Alex  0.20 Hrs X 300.00          Alex  - Alex Ershock             0.20           60.00  16103      Billed
     205372     Receipt and review of motion for telephonic appearance at calendar call
May 17/2021     Attorney: DL   0.30 Hrs X 450.00           DL    - Daniel Levine            0.30          135.00  16103      Billed
     205387     review/analyze Order denying motion to reopen discovery and continue trial; email to clients re same
May 17/2021     Attorney: DL   0.80 Hrs X 450.00           DL    - Daniel Levine            0.80          360.00  16103      Billed
     205398     revise draft Joint pretrial stipulation and email opposing counsel re same
May 18/2021     Attorney: Alex  0.50 Hrs X 300.00          Alex  - Alex Ershock             0.50          150.00  16103      Billed
     205400     Trial strategy discussion with DRL re: motions in limine and witness/exhibit lists
May 18/2021     Attorney: Alex  0.30 Hrs X 300.00          Alex  - Alex Ershock             0.30           90.00  16103      Billed
     205401     Brief legal research re: motions in limine to exclude references to some evidence at trial
May 18/2021     Attorney: DL   0.50 Hrs X 450.00           DL    - Daniel Levine            0.50          225.00  16103      Billed
     205424     conference with ABE re trial strategy (COVID test admissibility)
May 18/2021     Attorney: Alex  0.20 Hrs X 300.00          Alex  - Alex Ershock             0.20           60.00  16103      Billed
     205438     Correspondence to opposing counsel re: conferral on potential motions in limine Defendants plan to file; review
May 19/2021     Attorney: DL   0.90 Hrs X 450.00           DL    - Daniel Levine            0.90          405.00  16103      Billed
     205465     review/analyze opposing counsel edits to Joint pretrial stipulation; revise Joint pretrial stipulation and draf
May 19/2021     Attorney: Alex  2.20 Hrs X 300.00          Alex  - Alex Ershock             2.20          660.00  16103      Billed
     205478     Preparation of motion in limine
May 19/2021     Attorney: AK   3.00 Hrs X 125.00           AK    - Alicia Kendrick          3.00          375.00  16103      Billed
     206231     Preparation of draft witness list and draft exhibit list
May 20/2021     Attorney: DL   0.10 Hrs X 450.00           DL    - Daniel Levine            0.10           45.00  16103      Billed
     205537     review/analyze Order granting telephonic appearance at calendar call (o/c)
May 20/2021     Attorney: AK   1.50 Hrs X 125.00           AK    - Alicia Kendrick          1.50          187.50  16103      Billed
     206234     Revision of exhibit list
May 21/2021     Attorney: DL   0.70 Hrs X 450.00           DL    - Daniel Levine            0.70          315.00  16103      Billed
     205601     call with opposing counsel re: Joint pretrial stipulation edits; revise same and send to o/c
May 21/2021     Attorney: DL   1.30 Hrs X 450.00           DL    - Daniel Levine            1.30          585.00  16103      Billed
     205605     revise motion in limine
May 21/2021     Attorney: DL   0.60 Hrs X 450.00           DL    - Daniel Levine            0.60          270.00  16103      Billed
     205606     review/analyze plaintiff's witness and exhibit lists
May 27/2021     Attorney: Alex  0.40 Hrs X 300.00          Alex  - Alex Ershock             0.40          120.00  16103      Billed
     205786     Review and analysis of response to Defendants' motions in limine
May 27/2021     Attorney: DL   0.20 Hrs X 450.00           DL    - Daniel Levine            0.20           90.00  16103      Billed
     205836     review/analyze return of service - Newcomer Trial Subpoena
May 27/2021     Attorney: Alex  2.50 Hrs X 300.00          Alex  - Alex Ershock             2.50          750.00  16103      Billed
     206270     Preparation of jury instructions and verdict form (32 pages)
May 28/2021     Attorney: DL   3.00 Hrs X 450.00           DL    - Daniel Levine            3.00         1350.00  16103      Billed
     205837     conference with client (Joe T.) re trial strategy and preparation; draft jury instrux and verdict form; emails
May 28/2021     Attorney: DL   0.40 Hrs X 450.00           DL    - Daniel Levine            0.40          180.00  16103      Billed
     206089     review/analyze response to motion in limine
Jun  1/2021     Attorney: Alex  2.00 Hrs X 300.00          Alex  - Alex Ershock             2.00          600.00  16232      Billed
     206109     Preparation of reply to Plaintiff's response to Defendants' motion in limine
Jun  1/2021     Attorney: DL   0.30 Hrs X 450.00           DL    - Daniel Levine            0.30          135.00  16232      Billed
     206124     zoom call with Trial Graphix re: demonstrative aides, etc.
Jun  1/2021     Attorney: DL   0.40 Hrs X 450.00           DL    - Daniel Levine            0.40          180.00  16232      Billed
     206134     revise reply in support of motion in limine
Jun  1/2021     Attorney: DL   1.50 Hrs X 450.00           DL    - Daniel Levine            1.50          675.00  16232      Billed
     206604     review/analyze timeline, docs, deposition testimony; for purposes of trial graphix demonstrative aid prep
```

Padula Bennardo Levine, LLP
Client Fees Listing
To  Jun/11/2021

| Date<br>Entry # | Fee / Time<br>Explanation | Working Attorney | Hours | Amount | Inv# | Billing<br>Status |
|---|---|---|---|---|---|---|
| Jun 1/2021<br>207851 | Attorney: Alex  0.40 Hrs X 150.00<br>Multiple correspondences from Trial Graphix re: production of demonstrative aids for trial | Alex - Alex Ershock | 0.40 | 60.00 | 16232 | Billed |
| Jun 2/2021<br>206174 | Attorney: Alex  0.20 Hrs X 300.00<br>Correspondence from Dr. Newcomer re: testimony and payment; response to same re: fact witness | Alex - Alex Ershock | 0.20 | 60.00 | 16232 | Billed |
| Jun 2/2021<br>206427 | Attorney: DL  3.00 Hrs X 450.00<br>trial preparation of; review/analyze case file; organize exhibits and review/analyze O'Bryan testimony for purp | DL - Daniel Levine | 3.00 | 1350.00 | 16232 | Billed |
| Jun 2/2021<br>207852 | Attorney: Alex  1.20 Hrs X 150.00<br>Extensive coordination and communication with Trial Graphix re: preparation of chronology visual aid and list o | Alex - Alex Ershock | 1.20 | 180.00 | 16232 | Billed |
| Jun 2/2021<br>207871 | Attorney: AK  3.20 Hrs X 62.50<br>Started preparing exhibits for trial (everything in date order, removing duplicates, redacting if necessary) | AK - Alicia Kendrick | 3.20 | 200.00 | 16232 | Billed |
| Jun 3/2021<br>206308 | Attorney: Alex  0.30 Hrs X 300.00<br>Review of Plaintiff's proposed voir dire | Alex - Alex Ershock | 0.30 | 90.00 | 16232 | Billed |
| Jun 3/2021<br>206310 | Attorney: Alex  0.20 Hrs X 300.00<br>Review and analysis of order granting in part and denying in part Defendants' motions in limine | Alex - Alex Ershock | 0.20 | 60.00 | 16232 | Billed |
| Jun 3/2021<br>206330 | Attorney: Alex  0.40 Hrs X 300.00<br>Review exhibits to provide to Trial Graphix; review of Trial Graphix timeline and exhibit blowups | Alex - Alex Ershock | 0.40 | 120.00 | 16232 | Billed |
| Jun 3/2021<br>206605 | Attorney: DL  3.00 Hrs X 450.00<br>trial preparation of; continued preparation of of cross-exam of plaintiff | DL - Daniel Levine | 3.00 | 1350.00 | 16232 | Billed |
| Jun 3/2021<br>207853 | Attorney: Alex  1.50 Hrs X 150.00<br>Initial preparation of Defendants' proposed voir dire | Alex - Alex Ershock | 1.50 | 225.00 | 16232 | Billed |
| Jun 3/2021<br>207870 | Attorney: AK  7.00 Hrs X 62.50<br>Finished preparing exhibits for trial (everything in date order, removing duplicates, redacting if necessary) a | AK - Alicia Kendrick | 7.00 | 437.50 | 16232 | Billed |
| Jun 4/2021<br>206430 | Attorney: DL  2.50 Hrs X 450.00<br>attend calendar call in FTL; call with Joe and Aaron re trial prep | DL - Daniel Levine | 2.50 | 1125.00 | 16232 | Billed |
| Jun 4/2021<br>206431 | Attorney: DL  5.50 Hrs X 450.00<br>trial preparation of; review/analyze deposition transcripts of Galarza, Getty; draft Qs | DL - Daniel Levine | 5.50 | 2475.00 | 16232 | Billed |
| Jun 4/2021<br>207854 | Attorney: Alex  0.50 Hrs X 300.00<br>Multiple correspondences with Trial Graphix finalizing exhibit and timeline displays for use at trial | Alex - Alex Ershock | 0.50 | 150.00 | 16232 | Billed |
| Jun 4/2021<br>207855 | Attorney: Alex  1.30 Hrs X 150.00<br>Legal research re: medical records not being self-authenticating | Alex - Alex Ershock | 1.30 | 195.00 | 16232 | Billed |
| Jun 4/2021<br>207856 | Attorney: Alex  4.40 Hrs X 300.00<br>Preparation for trial - outline of Glenda direct examination | Alex - Alex Ershock | 4.40 | 1320.00 | 16232 | Billed |
| Jun 4/2021<br>207858 | Attorney: Alex  2.50 Hrs X 300.00<br>Initial preparation of opening statement | Alex - Alex Ershock | 2.50 | 750.00 | 16232 | Billed |
| Jun 4/2021<br>207869 | Attorney: AK  7.40 Hrs X 62.50<br>Finished exhibit notebooks for trial and prepared trial notebooks for trial | AK - Alicia Kendrick | 7.40 | 462.50 | 16232 | Billed |
| Jun 5/2021<br>206537 | Attorney: DL  6.70 Hrs X 450.00<br>trial preparation; continue cross of plaintiff, opening statement, direct/cross notes for Getty, Radewicz, Gala | DL - Daniel Levine | 6.70 | 3015.00 | 16232 | Billed |
| Jun 5/2021<br>207763 | Attorney: Alex  4.00 Hrs X 150.00<br>Revisions to Glenda direct; preparation of Getty direct | Alex - Alex Ershock | 4.00 | 600.00 | 16232 | Billed |
| Jun 5/2021<br>207859 | Attorney: Alex  1.30 Hrs X 150.00<br>Preparation of trial memorandum re: self-authenticating medical records | Alex - Alex Ershock | 1.30 | 195.00 | 16232 | Billed |
| Jun 6/2021<br>206538 | Attorney: DL  7.00 Hrs X 450.00<br>trial preparation; continue cross of plaintiff, opening statement; organize exhibits needed for each exam; revi | DL - Daniel Levine | 7.00 | 3150.00 | 16232 | Billed |
| Jun 6/2021<br>207860 | Attorney: Alex  4.00 Hrs X 150.00<br>Legal research re: directed verdict; initial preparation of motion for directed verdict | Alex - Alex Ershock | 4.00 | 600.00 | 16232 | Billed |
| Jun 7/2021<br>206606 | Attorney: DL  8.50 Hrs X 450.00<br>first day of trial; preparation for second day | DL - Daniel Levine | 8.50 | 3825.00 | 16232 | Billed |
| Jun 7/2021<br>207764 | Attorney: Alex  7.00 Hrs X 150.00<br>Travel to/from, appear for and attend jury trial, day 1 | Alex - Alex Ershock | 7.00 | 1050.00 | 16232 | Billed |
| Jun 7/2021<br>207861 | Attorney: Alex  1.70 Hrs X 150.00<br>Legal research re: calling witnesses (Stuart R) solely for purposes of impeachment; review deposition of Stuart | Alex - Alex Ershock | 1.70 | 255.00 | 16232 | Billed |
| Jun 7/2021<br>207862 | Attorney: Alex  0.30 Hrs X 150.00<br>Brief review of Dr. Newcomer deposition re: testimony re: Plaintiff's other attempts to seek diagnosis | Alex - Alex Ershock | 0.30 | 45.00 | 16232 | Billed |
| Jun 8/2021<br>206540 | Attorney: DL  9.50 Hrs X 450.00<br>second day of trial; preparation fo third day | DL - Daniel Levine | 9.50 | 4275.00 | 16232 | Billed |
| Jun 8/2021<br>207765 | Attorney: Alex  7.00 Hrs X 150.00<br>Travel to/from, appear for and attend jury trial, day 2 | Alex - Alex Ershock | 7.00 | 1050.00 | 16232 | Billed |
| Jun 8/2021<br>207863 | Attorney: Alex  1.80 Hrs X 150.00<br>Continued preparation of motion for directed verdict | Alex - Alex Ershock | 1.80 | 270.00 | 16232 | Billed |
| Jun 9/2021<br>206607 | Attorney: DL  10.00 Hrs X 450.00<br>preparation for closing and directed verdict motion/argument; third day of trial | DL - Daniel Levine | 10.00 | 4500.00 | 16232 | Billed |
| Jun 9/2021<br>207766 | Attorney: Alex  7.00 Hrs X 150.00<br>Travel to/from, appear for and attend jury trial, day 3 | Alex - Alex Ershock | 7.00 | 1050.00 | 16232 | Billed |
| Jun 10/2021<br>206542 | Attorney: DL  3.50 Hrs X 450.00<br>fourth day of trial (defense verdict); email blasts for PR purposes | DL - Daniel Levine | 3.50 | 1575.00 | 16232 | Billed |
| Jun 10/2021<br>207864 | Attorney: Alex  3.00 Hrs X 300.00<br>Travel to/from, appear for and attend jury trial, day 4 (defense verdict) | Alex - Alex Ershock | 3.00 | 900.00 | 16232 | Billed |
| Jun 11/2021<br>206625 | Attorney: DL  0.20 Hrs X 450.00<br>review/analyze Final Judgment; email clients re same | DL - Daniel Levine | 0.20 | 90.00 | 16232 | Billed |
| Jun 11/2021<br>207865 | Attorney: Alex  1.50 Hrs X 300.00<br>Legal research re: Judge Dimitrouleas orders awarding prevailing defendant fees under either Rule 11 or in empl | Alex - Alex Ershock | 1.50 | 450.00 | 16232 | Billed |

```
                                                      Unbilled:       0.00          0.00
                                                        Billed:     378.50     126807.50
                                                         Total:     378.50     126807.50
                                                Percent Billed:     100.00        100.00
```

*** Summary by Working Attorney ***

| Working Attorney | Hours | | | | | Fees | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Unbilled | Firm % | Billed | Firm % | Total | % Bld | Unbilled | Firm % | Billed | Firm % | Total | % Bld |
| DL - Daniel Levi | 0.00 | 100.00 | 160.00 | 42.27 | 160.00 | 100.00 | 0.00 | 100.00 | 72000.00 | 56.78 | 72000.00 | 100.00 |
| Alex - Alex Ershoc | 0.00 | 100.00 | 196.40 | 51.89 | 196.40 | 100.00 | 0.00 | 100.00 | 53145.00 | 41.91 | 53145.00 | 100.00 |

| Date | Fee / Time Entry # Explanation | | | | | Working Attorney | | Hours | Amount | Inv# | Billing Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AK | - Alicia Kenc | 0.00 | 100.00 | 22.10 | 5.84 | 22.10 | 100.00 | 0.00 100.00 | 1662.50 | 1.31 | 1662.50 100.00 |
| **Firm Total** | | **0.00** | **100.00** | **378.50** | **100.00** | **378.50** | **100.00** | **0.00 100.00** | **126807.50** | **100.00** | **126807.50 100.00** |

*** Summary by Responsible Attorney ***

| Responsible Attorn | | Hours | | | | | | Fees | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Unbilled | Firm % | Billed | Firm % | Total | % Bld | Unbilled | Firm % | Billed Firm % | Total % Bld |
| DL | - Daniel Levi | 0.00 | 100.00 | 378.50 | 100.00 | 378.50 | 100.00 | 0.00 | 100.00 | 126807.50 100.00 | 126807.50 100.00 |
| **Firm Total** | | **0.00** | **100.00** | **378.50** | **100.00** | **378.50** | **100.00** | **0.00** | **100.00** | **126807.50 100.00** | **126807.50 100.00** |

```
REPORT SELECTIONS - Client Fees Listing
Layout Template                         Default
Advanced Search Filter                  None
Requested by                            Anna Jayne
Finished                                Monday, July 12, 2021 at 10:26:52 AM
Ver                                     14.4 (14.4.20200413)
Date Range                              To  Jun/11/2021
Matters                                 371-065
Clients                                 All
Major Clients                           All
Client Intro Attorney                   All
Matter Intro Attorney                   All
Responsible Attorney                    All
Assigned Attorney                       All
Category                                All
Department                              All
Select From                             Active, Inactive, Archived Matters
Matters Sort by                         Default
New Page for Each Attorney              No
Firm Totals Only                        No
Client balances only                    No
Matter balances only                    No
Entries Shown - Billed Only             Yes
Entries Shown - Unbilled                Yes
Entries Shown - Billable Tasks          Yes
Entries Shown - Write Up/Down Tasks     Yes
Entries Shown - No Charge Tasks         Yes
Entries Shown - Non Billable Tasks      Yes
Working Attorney                        All
```