# EXHIBIT "F"

Kimberly A. Gilmour, P.A.
4179 Davie Road – Suite 101
Davie, FL 33314
Telephone: (954) 584-6460
Facsimile: (954) 584-3552

Florida Supreme Court Certified Civil Mediator
Arbitrator
Email: Gilmourlaw@aol.com

**<u>MEDIATION INVOICE</u>**

Date: March 29, 2021
Statement No.: 2021-763-M

Chad E. Levy, Esq.
David Corzad, sq.
chad@levylevylaw.com

Daniel R. LevineEsq.
DRL@PBL-Law.com

Re:   Case Name: Timothy O'Bryan v. Joe Taylor Restoration, Inc. Aaron Getty, Karen Radewicz and Glenda Galarza
CASE NO: 9:20-cv-80993-WPD

Mediation Scheduled for:  March 29, 2021 at 10:00 am

| | |
|---|---|
| Deposit Due Each Side $350.00 x 2 hours | $ 700.00 |
| Administrative Fee (each party) | $ |
| Travel Time | $ |
| Cancellation Fee (each party) | $ |
| Total | $ 700.00 |

Deposit of $700.00 to be split between the parties.  $250.00 due from each party upon receipt of invoice.    Kimberly A. Gilmour, P.A., Tax I.D. #65-1026359.

PAYMENT DUE UPON RECEIPT OF INVOICE
THANK YOU