UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80993-WPD

TIMOTHY O'BRYAN

    Plaintiff,

vs.

JOE TAYLOR RESTORATION, INC., a Florida
Corporation, AARON GETTY, individually,
KAREN RADEWICZ, individually, and
GLENDA GALARZA, individually,

    Defendants.
_____/

## ORDER ON DEFENDANTS' VERIFIED MOTION
## FOR ATTORNEY'S FEES, NON-TAXABLE COSTS

**THIS CAUSE** is before the Court on Defendants', Joe Taylor Restoration, Inc., Aaron Getty, Karen Radewicz, and Glenda Galarza, verified motion for attorneys' fees, non-taxable costs, and the Court having reviewed the motion and the file in this cause, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendants' motion for attorneys' fees, non-taxable costs is _____

_____

_____.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this _____ day of _____, 2021.

                                                                         _____
                                                                        **WILLIAM P. DIMITROULEAS**
                                                                        **UNITED STATES DISTRICT JUDGE**

**Copies to: Counsel of Record**